# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVARADO, | CASE NO. 1:10-cv-01595-AWI-SKO |
| Plaintiff, | **ORDER ON PARTIES' STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| RUAN TRANSPORT CORPORATION, | |
| Defendant. | (Docket No. 10) |

On March 3, 2011, the parties filed a stipulated request for a revised scheduling order. (Doc. 10.) The parties stated that they had agreed to continue all of the remaining scheduling dates in the litigation, including the trial date, to allow the parties to fully prepare the case for trial.

The Court will grant the continuance. While the Court can accommodate the new trial date proposed by the parties, some of the other proposed dates do not allow sufficient time between the events. Therefore, the Court has not adopted all of the dates proposed by the parties.

The schedule will be revised as follows:

| **Event** | **Previous Deadline** | **Revised Deadline** |
|---|---|---|
| Non Expert Discovery | March 14, 2011 | May 26, 2011 |
| Expert Disclosure | March 15, 2011 | May 27, 2011 |
| Supp. Expert Disclosure | March 21, 2011 | June 3, 2011 |

| | | |
|---|---|---|
| Expert Discovery | April 4, 2011 | June 24, 2011 |
| Non-Disp. Motion Filing Date | April 11, 2011 | June 29, 2011 |
| Hearing for Non-Disp. Motions | May 11, 2011 | July 27, 2011 |
| Disp. Motion Filing Date | May 24, 2011 | August 2, 2011 |
| Hearing for Disp. Motions | July 5, 2011 | September 6, 2011 |
| Pre-Trial Conference | August 24, 2011 | October 13, 2011 |
| Settlement Conference | March 10, 2011 | June 23, 2011 |
| Trial Date | October 18, 2011 | November 29, 2011 |

Accordingly, IT IS HEREBY ORDERED that the parties' request for an extension of their scheduling deadlines is GRANTED as set forth above.

IT IS SO ORDERED.

**Dated:   March 7, 2011**               /s/ Sheila K. Oberto
                                   UNITED STATES MAGISTRATE JUDGE