Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ALVARADO,<br><br>          Plaintiff,<br><br>vs.<br><br>RUAN TRANSPORT CORPORATION, and DOES 1-20, inclusive,<br><br>          Defendants. | CASE NO: 1:10 CV-01595 AWI-SKO<br><br>**ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE**<br><br>Complaint filed: August 5, 2010 |

**ORDER**

The parties having stipulated, and good cause appearing, it is ordered that the Mandatory Settlement Conference be continued by twenty-eight (28) days to July 21, 2011.

IT IS SO ORDERED.

Dated:   **June 14, 2011**          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

-1-
**JOINT STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**